AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

GARY GEORGE

V.

Dean Esserman, Paul Fitzgerald, James Nolette, Anthony Sauro, Mark Mancini, Shawn Kennedy, Juan Robles, David Cicilline, and Alex Prignano

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 434 ML

TO: (Name and address of Defendant)

PROVIDENCE CITY HALL
MAYOR DAVID CICILLINE
25 DORRANCE STREET
PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRIAN D. FOGARTY, ESQ, #5927,
1454 MAIN STREET
WEST WARWICK, RI 02893
(401) 821-9945

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/18/05

Barbara Barletta

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10-20-05 |
|---|---|
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): To an Agent Authorized by appointment or by law to receive Service of process, Namely Adrienne G. Southgate, Deputy City Solicitor

## STATEMENT OF SERVICE FEES

| TRAVEL — | SERVICES 45.00 | TOTAL 45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/20/05
Date

Robert J. Kilduff
Signature of Server

16 Cornell Ave
Address of Server
Rumford, R.I. 02916

2005 OCT 31 A
DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.