UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GARY GEORGE

VS C.A. NO. 05-434ML

DEAN ESSERMAN, PAUL FITZGERALD
JAMES NOLETTE, ANTHONY SAURO,
MARK MANCINI, SHAWN KENNEDY,
JUAN ROBLES, DAVID CICILLINE AND
ALEX PRIGNANO

**DEFENDANTS, DEAN ESSERMAN, PAUL FITZGERALD, JAMES NOLETTE, ANTHONY SAURO, MARK MANCINI, DAVID CICILLINE AND ALEX PRIGNANO'S ANSWER TO COMPLAINT**

## I. INTRODUCTION STATEMENT

This Paragraph requires no response from these Defendants, to the extent that it does, Defendants deny the same.

## II. JURISDICTION AND VENUE

1. Paragraph 1 of Plaintiff's Complaint requires no response from these Defendants. To the extent that it does, Defendants deny the same.

2. Defendants admit the allegations contained in Paragraph 2 of Plaintiff's Complaint.

## II. THE PARTIES

3. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

4. Defendants admit that Dean Esserman is the Chief of Police of the Providence Police Department. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the remaining allegations contained in Paragraph 4 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

5. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

6. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

7. Defendants admit that David Cicilline is the Mayor of the City of Providence, but denies that he is the appointing authority for the Chief of Police of the City of Providence.

8. Defendants deny generally and specifically the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Defendants admit the allegations contained in Paragraph 9 of Plaintiff's Complaint.

## IV. MATERIAL FACTS

10. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

11. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

12. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

13. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

14. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 14 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

15. Defendants deny generally and specifically the allegations contained in Paragraph 15 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

1. The Defendants plead the defense of Qualified Immunity.
2. Plaintiffs Complaint fails to state a cause of action upon which relief may be granted.
3. Defendants claim that they had legal justification for their actions.

WHEREFORE, Defendants pray that Plaintiff's Complaint be denied and dismissed, that judgment enter for these Defendants and that Defendants be granted their costs and attorneys fees.

Defendants,
Dean Esserman, Paul Fitzgerald, James Nolette, Anthony Sauro, Mark Mancini David Cicilline and Alex Prignano

By Their Attorney:

Joseph M. Fernandez,
City Solicitor

Kevin F. McHugh, (#3927),
Senior Assistant City Solicitor
City of Providence – Law Department
275 Westminster Street
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 Fax

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to the Attorney of Record as listed below on this 4th day of November, 2005.

Brian D. Fogarty, Esquire
1454 Main Street
West Warwick, Rhode Island 02893

Joseph F. Penza, Jr., Esquire
Olenn & Penza
530 Greenwich Avenue
Warwick, Rhode Isladn 02888