JFP:pac 95364 \pleading\95364Answer.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GARY GEORGE | : | |
| | : | |
| VS. | : | C.A. NO. 05-434ML |
| | : | |
| DEAN ESSERMAN, individually and in his capacity as Chief of Police of the Providence Police Department; ET AL | : | |

**ANSWER OF THE DEFENDANTS, SHAWN KENNEDY AND JUAN ROBLES**

## I. INTRODUCTORY STATEMENT

This is an introductory statement set forth in the complaint by the plaintiff's attorney. There are no allegations to which these defendants need respond. To the extent that an answer is required, the defendants deny the allegations.

## II. JURISDICTION AND VENUE

1. Neither admitted nor denied.

2. Neither admitted nor denied.

## III. THE PARTIES

3. Neither admitted nor denied.

4. No answer required by these defendants.

5. No answer required by these defendants.

6. Admitted.

7. No answer required by these defendants.

8. No answer required by these defendants.

9. No answer required by these defendants.

## IV. MATERIAL FACTS

10. Admitted with respect to the defendant Kennedy. Denied with respect to the defendant Robles.

11. Admitted to the extent that plaintiff was arrested by the defendant Robles at 206 Progress Street on the charge of domestic disorderly conduct. Denied as to the balance of the allegations.

12. Admitted to the extent that a gun was seized at the time of the arrest by the defendant Robles.

13. Neither admitted nor denied.

14. These defendants have not been contacted so these allegations are neither admitted nor denied since it is unclear who the plaintiff is referring to when he states he has contacted "the Providence Police Department".

15. Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint fails to state a cause of action against the defendant Kennedy upon which relief may be granted.

2. Plaintiff's complaint fails to state a cause of action against the defendant Robles upon which relief may be granted.

3. Defendants, at all times material hereto, acted in good faith and are protected by the doctrine of qualified immunity.

WHEREFORE, defendants pray that judgment may be entered on their behalf and they be awarded court costs.

DEFENDANTS, Shawn Kennedy and Juan Robles
By their Attorney,

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 11/3/05 to:

Brian D. Fogarty, Esq.
1454 Main Street
West Warwick, RI 02893

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845

Patricia A. Cerca [signature]