RECEIVED
MAR 06 2006
Property of U.S. District Court
District of Rhode Island

JFP:pac 95364 \pleading\95364DismStip.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GARY GEORGE :
:
VS. : C.A. NO. 05-434ML
:
DEAN ESSERMAN, individually and in his capacity as Chief of Police of the Providence Police Department; ET AL :

## DISMISSAL STIPULATION

The above-entitled matter is hereby dismissed. With prejudice. No costs.

Brian D. Fogarty, Esq. #5927
Attorney for Plaintiff, Gary George
1454 Main Street
West Warwick, RI 02893
PHONE: (401) 821-9945

Kevin F. McHugh, Esq. #3927
Attorney for Defendants, Dean Esserman, Paul Fitzgerald, James Nolette, Anthony Sauro, Mark Mancini, David Cicilline, Alex Prignano and the City of Providence
City Solicitor's Office
275 Westminster Street, Suite 200
Providence, RI 02903
PHONE: (401) 421-7740 EXT. 133

Joseph F. Penza, Jr., Esq. #0607
Attorney for Defendants, Shawn Kennedy and Juan Robles
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Enter:
Mary M. Lisi
USDJ 3/7/06

Dated: February 9, 2006